
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>ALL ACTIONS | MDL Case No. 15-md-2670 JLS (MDD)<br><br>**ORDER (1) RECUSING FROM THE CASE AND ALL MEMBER CASES AND (2) REASSIGNING TO CHIEF JUDGE DANA M. SABRAW** |

Presently before the Court is multidistrict litigation MDL No. 2670. The undersigned **HEREBY RECUSES** from this case and all member cases.[1] The United States Judicial Panel on Multidistrict Litigation has **REASSIGNED** this

///

---

[1] 15-md-2670; 17-cv-02211; 17-cv-02154; 17-cv-02487; 15-cv-01987; 15-cv-02006; 15-cv-02017; 15-cv-02011; 15-cv-02044; 15-cv-02073; 15-cv-02012; 15-cv-02095; 15-cv-02020; 16-cv-01226; 15-cv-01714; 15-cv-01791; 15-cv-01863; 15-cv-01867; 15-cv-01878; 15-cv-01887; 15-cv-01911; 15-cv-01979; 15-cv-02068; 15-cv-02121; 15-cv-02160; 15-cv-02072; 15-cv-02169; 15-cv-02173; 15-cv-02144; 15-cv-02185; 15-cv-02187; 15-cv-02216; 15-cv-02271; 15-cv-02278; 15-cv-02302; 15-cv-02379; 15-cv-02411; 15-cv-02785; 15-cv-02787; 15-cv-02790; 16-cv-00017; 16-cv-00018; 16-cv-00019; 16-cv-00021; 16-cv-00022; 16-cv-00023; 16-cv-00024; 16-cv-00025; 16-cv-00026; 16-cv-00027; 16-cv-00045; 16-cv-00046; 16-cv-00047; 16-cv-00048; 16-cv-00051; 16-cv-00112; 16-cv-00185; 16-cv-00247; 16-cv-00264; 16-cv-00398; 16-cv-00635; 16-cv-02765; 15-cv-01909; 15-cv-02125; 15-cv-02129; 15-cv-02186; 16-cv-02821; 17-cv-00951; 17-cv-00950; 17-cv-01348; 18-cv-00386; 18-cv-00387; 18-cv-01014; 18-cv-02366; 18-cv-02421; 17-cv-01744; 17-cv-01745; 17-cv-01748

litigation to Chief Judge Dana M. Sabraw.

**IT IS SO ORDERED**.

Dated: August 31, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge